Gerald L. BRUMLEY, Appellant,

v.

CITY OF ROCKPORT; Officer Brandon Thomason; David Thomason, Appellees.

No. 05–4162.

United States Court of Appeals, Eighth Circuit.

Submitted: May 3, 2007.

Filed: May 9, 2007.

Gerald L. Brumley, Hot Springs, AR, pro se.

David Clifford Sward, North Little Rock, AR, for Appellees.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Gerald Brumley appeals the district court's [1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. Following careful de novo review, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B. All pending motions are denied.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.